UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61329-CIV-LENARD/TURNOFF

**HOLLY MORRISON,**

    Plaintiff,

v.

**FEDERAL DEPOSIT INSURANCE CORPORATION, Receiver of WASHINGTON MUTUAL BANK and JP MORGAN CHASE BANK, N.A.,**

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 87)

**THIS CAUSE** is before the Court on the Report of Magistrate Judge William C. Turnoff ("Report," D.E. 87), issued on September 22, 2010, recommending the Court grant Defendant JP Morgan Chase Bank, N.A.'s ("JPMC") Motion to Dismiss Counts X and XI of Plaintiff's Third Amended Complaint ("Motion," D.E. 77) and permit Plaintiff to amend her complaint so as to drop Count X (slander of credit) and bolster her claims in Count XI (breach of contract). The Report instructed the Parties they had fourteen (14) days with which to file any objections. As of the date of this Order, no objections have been filed. Failure to file timely objections shall bar the parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Based on a review of the Magistrate Judge's Report, the

Motion, the related pleadings, and the record, it is hereby **ORDERED AND ADJUDGED** that:

    **1.**    The Report and Recommendation of Magistrate Judge William C. Turnoff (D.E. 87), issued on September 22, 2010, is **ADOPTED**;

    **2.**    Consistent with the Report and this Order, Defendant JPMC's Motion to Dismiss Counts X and XI (D.E. 77), is **GRANTED**;

    **3.**    Defendants shall have until October 25, 2010, to file their responses to Plaintiff's Fourth Amended Complaint (D.E. 88), which was filed on October 11, 2010.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of October, 2010.

*[signature: Joan A. Lenard]*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**